# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHRISTOPHER EVERETT,**
ADC #152664                                                                                       **PLAINTIFF**

**v.**                           **CASE NO. 3:20-CV-000192-BSM**

**TERRIE BANISTER,** *et al.*                                                                **DEFENDANTS**

## ORDER

After *de novo* review the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 9] is adopted, and Christopher Everett's amended complaint is dismissed without prejudice. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA).  28 U.S.C. § 1915(g).  An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a).

IT IS SO ORDERED this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE