IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER EVERETT,**
ADC #152664                                                                                    **PLAINTIFF**

v.                          **CASE NO. 3:20-CV-000192-BSM**

**TERRIE BANISTER,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE